## AFFIDAVIT

I, Aaron Simon, Special Agent with the Department of Homeland Security (DHS) Homeland Security Investigations (HSI), after being duly sworn to oath, do depose and state as follows:

## INTRODUCTION

1.     **Affiant's Background.**   I am a Special Agent (SA) with Homeland Security Investigations (HSI), within the United States Department of Homeland Security (DHS) and have been so employed since 2010.   Prior to my appointment with HSI, I was employed as a United States Postal Inspector for the previous 8 years.   Before my appointment as a Postal Inspector, I was a Trooper for the State of Iowa for seven years. Before that, I was a Police Officer for the City of Kansas City, Missouri for three years.   In 2010, I attended a 6-month academy at the Federal Law Enforcement Center where I received training in investigations involving customs law and immigration Law.   Two of the specific topics of training I received at the academy were child exploitation investigations and cybercrimes investigations.   Additionally, on March 8th and 9th, 2011, I received training in digital evidence through the National District Attorney's Association.   In November of 2011, I received 40 hours of specialized training on internet crimes against children investigative techniques.   In February of 2012, I received additional advanced training in the investigation of child pornography and utilization of undercover law enforcement tools, including the Child Protection System (CPS) and SharazaLE. In September 2012, I attended a 16-hour additional training course in the area of Peer to Peer (P2P) networks, specifically the ARES network.   In March of 2017, I received an additional 40 hours of Investigative techniques involving internet investigations.   In February of 2018, I received 32 hours of training for ICAC Bit Torrent Investigations.   I have received additional

1

training during my Postal Inspector Academy in the use of the U.S. Mails for prohibited purposes, including the mailing and receipt of obscene and pornographic materials involving sexual exploitation of children, as defined in Title 18, United States Code, 1461 and 2252 through 2256.   I was assigned from 2002 through 2005 to work child exploitation/child pornography cases on a referral basis for 3 years and was assigned to the Internet Crimes Against Children Task Force in Sioux Falls, SD.  I am currently a member of the Internet Crimes Against Children Task Force in Des Moines, IA.  Through the various career changes, I have had over 3000 hours of classroom training and over 900 hours of hands on training.  I have investigated, been trained in the investigation, or aided in the investigation of crimes involving murder, rape, robbery, customs violations, immigration violations, burglary, assaults, narcotic violations, child exploitation, mail fraud, mail theft, computer crimes, identity theft, and other various violations of city, state, and federal statutes. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.    **Purpose of the Affidavit.**  This affidavit is made in support of a Complaint and Arrest Warrant for Jona PAULUS, who has been under investigation by the Iowa State University Police, Ames, Iowa.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that PAULUS committed a criminal violation of the United States Code, specifically, 18 U.S.C. §2252(a)(4)(B) (Possession of Child Pornography).

3.    **Scope of the Affidavit.**  The information contained within this affidavit is based on information related to me by other law enforcement officers and/or agents.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each fact known to me concerning this investigation.  I have set forth only the facts that

2

I believe are necessary to establish probable cause to believe that PAULUS committed the foregoing crime. Summaries of text messages in this affidavit, including quotations, are drafts based on an initial review, not final versions. Because of the nature of the conversations, the quotations are very close approximations. A word or two may be missing, added, or misinterpreted, but any such imprecision is minor and does not change the meaning of the quoted language. I have not included every fact I know about this investigation.

4.   **Possession of child pornography**.  18 U.S.C. § 2252(a)(4) provides:

Any person who --

**(B)** knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if--

**(i)** the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

**(ii)** such visual depiction is of such conduct;

shall be punished as provided in subsection (b) of this section.

The crime of possession of child pornography has three elements, which are:

*One*, that on or about the date in the indictment, the defendant knowingly possessed one or more computer files/images that contained one or more visual depiction(s) of child pornography;

*Two*, that the defendant knew that the visual depiction(s) were of a minor engaging in sexually explicit conduct; and

*Three*, that the material containing the visual depiction(s) was produced using materials that had been mailed, shipped, transported in interstate or foreign commerce.

The term "sexually explicit conduct" in element two, means actual or simulated (a) sexual

intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

## FACTUAL BACKGROUND

5.    On or about April 6, 2019, the Iowa State University Police (ISU) were dispatched to speak with an adult female who reported she had allegedly been sexually assaulted by a male. Upon arriving at the scene, the adult female (whose identity is known to this agent and is included in the case file reports) reported to ISU Police that she went to a male's residence, located on Long Road in Ames, Iowa, on April 6, 2019 at 2:48am (adult female provided exact address) and was subsequently sexually assaulted. The adult female shared a text message conversation with the suspect about coming over to his apartment prior to the alleged sexual assault.

6.    The same adult female also provided ISU Police with a name of the suspect, Jona PAULUS, and identified PAULUS'S phone number as xxx-xxx-3881. The ISU police located the same subject in its internal student database as Jona Shitaleni PAULUS (D.O.B. 09/XX/1985), with the same phone number for PAULUS as that provided by the adult female.

7.    On April 8, 2019, the ISU Police obtained a state search warrant for PAULUS'S residence on Long Road in Ames, Iowa in order to recover items related to the sexual assault. This residence is located in the Southern District of Iowa.

8.    On April 9, 2019, the ISU Police executed the search warrant on PAULUS'S residence at approximately 0900 hours. PAULUS was home at the time the ISU Police executed the search warrant. During the execution of the search warrant, the ISU Police seized several

4

items related to the sexual assault investigation, one' of which was an iPhone belonging to the

suspect, Jona PAULUS with a phone number of xxx-xxx-3881. PAULUS supplied ISU Police

with the password for his iPhone.

9.      On April 9, 2019 Ames Police Detective Matt Duncan conducted a Cellebrite

extraction on PAULUS'S iPhone and provided the results to ISU Police.

10.     On or about April 17, 2019, ISU Police opened a new investigation on PAULUS

based upon information recovered from the PAULUS'S phone pursuant to the search warrant.

11.     That information involved a text conversation between PAULUS and a 16-year-

old individual identified herein as MINOR VICTIM A (the true identity of the juvenile is known

to this case agent and will be included in the case file).  PAULUS initiated a text conversation

between MINOR VICTIM A and himself on or about April 1, 2019.  The victim's phone number

in the conversation was identified as xxx-xxx-2325.

12.     **The following is an excerpt of  a text message conversation of April 1, 2019:**

PAULUS      "How are you"
MINOR VICTIM A  "I'm good"
PAULUS      "How old are you?"
MINOR VICTIM A  "How old is your limit"
PAULUS      "Not younger than 18"
MINOR VICTIM A  "I'm 16"
PAULUS      "Oh"
MINOR VICTIM A  "I won't tell anyone if you help me with money"
PAULUS      "Again you are too young.  That would be rape to have intimacy with a
            teeage [sic].  I wouldn't risk that."
MINOR VICTIM A  "Lemme see your dick I won't tell anyone"
PAULUS      "Nope. You are too young I can't do that."
MINOR VICTIM A  "Can I at least send you nudes for helping me with money"
PAULUS      "I have little sisters of your age and I wouldn't like them to sleep with
            someone of my age."
PAULUS      "It was nice talking to you.  Take care"

13.   **The following are excerpts from a text message conversation of April 5, 2019:**

PAULUS re-engages with MINOR VICTIM A by commencing a second text conversation, as follows:

PAULUS       "Bby"
MINOR VICTIM A  "Who is this"
PAULUS       It appears he sends a picture to MINOR VICTIM A
MINOR VICTIM A  "Did you say I'm to young why are you texting me"
PAULUS       "Just as friends"
PAULUS       "Let me see your pictures"
PAULUS       "Can you suck a dick"
MINOR VICTIM A  "Can you ?"
PAULUS       "Can you suck mine"
MINOR VICTIM A  "Yea if you take me shopping"
PAULUS       "I think you have little pussy"
MINOR VICTIM A  "Ok"
PAULUS       "Can you really fuck" "I'm doubting you"
MINOR VICTIM A  "how old are you"
PAULUS       "I'm 17"
MINOR VICTIM A  "Lying ass"
PAULUS       "I'm serious"
MINOR VICTIM A  "Tell me the truth or I'm finna block u"
PAULUS       "22"
MINOR VICTIM A  "Your still lying"
PAULUS       "I am 22"
PAULUS       "Will take you for dinner"
MINOR VICTIM A  "Reminder I'm only 16"
PAULUS       "You are too young"
MINOR VICTIM A  "Can you eat my pussy I won't tel anyone"
PAULUS       "Yeah send me boobs pictures"
MINOR VICTIM A  "Im really wet"
PAULUS       "Or pussy pic"

**MINOR VICTIM A sends three photos, including one of her vagina**

PAULUS       "You have video?"
MINOR VICTIM A  "A video of what"
PAULUS       "Of you"

**MINOR VICTIM A sends a video of MINOR VICTIM A having vaginal sex with an unknown adult male.**

PAULUS       "is that you bby"
MINOR VICTIM A  "Yes"

14.     On April 30, 2019, ISU Police, along with the Perry Police Chief, interviewed MINOR VICTIM A at the Perry Police Department.  MINOR VICTIM A was informed she was not in trouble and that police were there to confirm her identity and age from a text message conversation she may have had with PAULUS.  Through this interview, MINOR VICTIM A confirmed she was the same person who engaged in text conversations with PAULUS on April 1st and April 5th of 2019.  MINOR VICTIM A also positively identified herself as the person in the photos and video in the text conversations on April 1 and April 5, 2019 and confirmed during this interview that she personally texted to Paulus both the photo showing her vagina and the video showing her having sexual intercourse, all using her cell phone with the phone number xxx-xxx-2325. Police also obtained confirmation from MINOR VICTIM A regarding [minor's] age, as 16. They also viewed MINOR VICTIM A's Iowa Driver's license showing [minor's] D.O.B. to be XX-XX-2002. These and other details of the investigation were communicated to me directly by the ISU police officer investigating this matter and documented in ISU Police incident reports, also reviewed by me along with the text message conversation and the images and video described above.

15.     The photos and video of MINOR VICTIM A were located on PAULUS'S iPhone seized pursuant to state search warrant on April 9, 2019. I know through my training and experience iPhones are manufactured outside the state of Iowa.

16.     Based upon the above facts, I believe there is probable cause that in April of 2019, Jona PAULUS did knowingly possess at least one matter containing a visual depiction that involved a minor engaging in sexually explicit conduct in the Southern District of Iowa, in violation of 18 U.S.C. Section 2252(a)(4)(B).

WHEREFORE, I respectfully request that a warrant be issued authorizing the Department of Homeland Security, Homeland Security Investigations, Special Agents and/or authorized law enforcement officers working with them to arrest Jona PAULUS for violation of 18 U.S.C. §2252(a)(4)(B).

Dated: XXXXXX
5·30-2019

_____
Aaron Simon
Special Agent, HSI/ICE

Subscribed to and sworn before me XXXXXXX   5·30·19

_____
XXXXXXXXX Celeste F. Bremer
U.S. Magistrate Judge

8