AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAY 30 PM 1:50

| United States of America | ) |
|---|---|
| v. | ) |
| JONA SHITALENI PAULUS | ) Case No. 4:19-MJ-355 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JONA SHITALENI PAULUS   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession of Child Pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B)

Date:   05/30/2019                                      _____
                                                         *Issuing officer's signature*

City and state:   Des Moines, Iowa              Celeste F. Bremer, U.S. Magistrate Judge
                                                         *Printed name and title*

### Return

This warrant was received on *(date)* 5/30/19, and the person was arrested on *(date)* 7-18-19
at *(city and state)* Nevada, IA.

Date: 7-18-19                                            _____
                                                         *Arresting officer's signature*

                                                         Aaron Simon, Special Agent
                                                         *Printed name and title*