IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
JUL 18 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JONA SHITALENI PAULUS, )<br>)<br>Defendant. )<br>)<br>)<br>) | Criminal No. 4:19-CR-00095<br><br>INDICTMENT<br><br>T. 18 U.S.C. § 2252A(a)(2)<br>T. 18 U.S.C. § 2252A(a)(5)(B)<br>T. 18 U.S.C. § 2252A(b)(1)<br>T. 18 U.S.C. § 2252A(b)(2)<br>T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Receipt of Child Pornography)

On or about April 5, 2019, in the Southern District of Iowa, the defendant, JONA SHITALENI PAULUS, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES**

### COUNT 2
### (Possession of Child Pornography)

On or about April 9, 2019, in the Southern District of Iowa, the defendant, JONA SHITALENI PAULUS, knowingly possessed material, namely, an Apple iPhone model Apple/ISSI cellular phone, that contained images of child pornography as defined in Title 18,

United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

<u>Notice of Forfeiture</u>

If the defendant, JONA SHITALENI PAULUS, is convicted of the offense alleged in Counts 1 or 2 of this indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to an Apple iPhone/ model A1661 cellular telephone (serial number BCG-E3087A1C579-E3087A).

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Laura M. Roan
Assistant United States Attorney