**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| United States of America | Case No. 4-19-CR-00095-SMR-CFB |
| vs. | |
| | ORDER CONTINUING TRIAL |
| JONA S. PAULUS | |

At the request of the Defendant/~~Government~~, ____(ECF 24)____, trial in this case is continued. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. The Court finds that a continuance is in the interest of justice, which outweighs the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

____  Delay associated with proceedings to determine competency. 18 U.S.C. § 3161(h)(1)(A).

Delay associated with the need to resolve pretrial motions. 18 U.S.C. § 3161(h)(1)(D).

Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).

Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).

✔  Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time. 18 U.S.C. § 3161(h)(7)(B)(ii).

Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

✔  A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).

Other:_____

### New Trial Date and Deadlines:

Trial Shall begin: January 6, 2020                                              .
A separate Order may be entered with requirements for trial preparation and specific motions.

Discovery Completed/Supplemented by: October 4, 2019

Reciprocal Discovery Due: October 25, 2019

Pretrial Motions Shall be Filed: October 25, 2019

Plea Entry Deadline: January 6, 2020                                                ;
Entry of plea after this deadline may impact consideration for Acceptance of Responsibility under U.S.S.C. Guidelines § 3E1.1.

Status Conference (Counsel Only) set: N/A

Final Pretrial Conference Set: N/A

Dated this __16th__ day of ___August, 2019___ .

_____
UNITED STATES MAGISTRATE JUDGE